B1 (Official Form 1) (12/11)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| *NORTHERN* DISTRICT OF *ILLINOIS* | |

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| **Martinez, Antonio A.** | **Chenoweth, Yolanda** |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **NONE** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): **NONE** |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **5517** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **9959** |
|---|---|

| Street Address of Debtor (No. & Street, City, and State): **14314 General Ct.** **Plainfield, IL** ZIPCODE **60544-2429** | Street Address of Joint Debtor (No. & Street, City, and State): **14314 General Ct.** **Plainfield, IL** ZIPCODE **60544-2429** |
|---|---|

| County of Residence or of the Principal Place of Business: **Will** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address): **SAME** ZIPCODE | Mailing Address of Joint Debtor (if different from street address): **SAME** ZIPCODE |
|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above): **NOT APPLICABLE** | ZIPCODE |
|---|---|

**Type of Debtor** (Form of organization)

(Check **one** box.)

- ☒ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business**
(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed**
(Check one box)

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- ☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- ☐ Debts are primarily business debts.

**Chapter 15 Debtors**

Country of debtor's center of main interests:

_____

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

_____

**Tax-Exempt Entity**

(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter 11 Debtors:**

**Check one box:**
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000 .

- - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offi cial Form 3B.

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☒ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☒ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☒ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (12/11)                                                         FORM B1, Page   2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Antonio A. Martinez and** <br> **Yolanda Chenoweth** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years**      (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: <br> **Northern District of Illinois** | Case Number: <br> **02-00230** | Date Filed: <br> **1/3/2002** |
| Location Where Filed: <br> **Northern District of Illinois** | Case Number: <br> **01-19669** | Date Filed: <br> **6/1/2001** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**      (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> ***NONE*** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) <br><br> ☐ Exhibit A is attached and made a part of this petition | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X   ***/s/ Robert G. Whitley, Jr.*** <br> <span style="font-size:smaller">Signature of Attorney for Debtor(s)                  Date</span> |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br><br> ☐ Yes, and exhibit C is attached and made a part of this petition. <br> ☒ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) <br><br> ☒   Exhibit D, completed and signed by the debtor, is attached and made part of this petition. <br> If this is a joint petition: <br> ☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** <br> (Check any applicable box) |
|---|
| ☐   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. <br> ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. <br> ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes.) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) <br><br> _____ <br> (Name of landlord that obtained judgment) <br><br> _____ <br> (Address of landlord) <br><br> ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and <br> ☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. <br> ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1) (12/11)                                                                                                    FORM B1, Page  3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | ***Antonio A. Martinez and*** |
| | ***Yolanda Chenoweth*** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** ***/s/ Antonio A. Martinez***
_____
Signature of Debtor

**X** ***/s/ Yolanda Chenoweth***
_____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

**X** ***/s/ Robert G. Whitley, Jr.***
_____
Signature of Attorney for Debtor(s)

***Robert G. Whitley, Jr. 03005542***
Printed Name of Attorney for Debtor(s)

***Robert G. Whitley, Jr. P.C.***
Firm Name

***15028 S. DesPlaines Street***
Address

***Plainfield, IL  60544***

***815-436-4700***
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re *Antonio A. Martinez*
  *and*
  *Yolanda Chenoweth*

_____

Case No.
Chapter   7

                            Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days   **before the filing of my bankruptcy case,**      I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.   *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days   **before the filing of my bankruptcy case,**      I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me.   *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.
*[Summarize exigent circumstances here.]*

    **If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit briefing.**

☐    4.  I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency
so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after
reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐    Active military duty in a military combat zone.

☐    5.  The United States trustee or bankruptcy administrator has determined that the credit counseling requirement
of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    */s/ Yolanda Chenoweth* _____

Date:    _____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re  **Antonio A. Martinez**
      **and**                                                Case No. 
      **Yolanda Chenoweth**                                              (if known)

_____
                  Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days   **before the filing of my bankruptcy case,**   I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.   *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days   **before the filing of my bankruptcy case,**   I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.   *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.
*[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐    4.  I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐    Active military duty in a military combat zone.

☐    5.  The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    */s/ Antonio A. Martinez*

Date:

FORM B6A (Official Form 6A) (12/07)

In re **_Antonio A. Martinez and Yolanda Chenoweth_** ,          Case No._____
                    Debtor(s)                                                              (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 14314   General   Court,   Plainfield,   IL 60544; value per Zillow | Fee Simple | H | $233,133.00 | $233,133.00 |

No continuation sheets attached

**TOTAL $**        *233,133.00*
**(Report also on Summary of Schedules.)**

In re **Antonio A. Martinez and Yolanda Chenoweth** ,        Case No. _____
          Debtor(s)                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Chase Checking #1116191220* *Location: In debtor's possession* | J | $900.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *Well used home furnishings* *Location: In debtor's possession* | J | $250.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | *Clothing* *Location: In debtor's possession* | J | $100.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

In re _Antonio A. Martinez and Yolanda Chenoweth_ ,   Case No. _____

_Debtor(s)_   (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | _2003 Oldsmobile Alero GLS_ _Location: In debtor's possession_ | J | $5,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |

B6B (Official Form 6B) (12/07)

In re _Antonio A. Martinez and Yolanda Chenoweth_____ ,    Case No. _____
                Debtor(s)                                                                   (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total ➔ | $6,750.00 |

Page __3__ of __3__

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re **Antonio A. Martinez and Yolanda Chenoweth** , Case No. _____

Debtor(s) (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Well used home furnishings | 735 ILCS 5/12-1001(b) | $ 250.00 | $ 250.00 |
| Clothing | 735 ILCS 5/12-1001(a) | $ 100.00 | $ 100.00 |
| 2003 Oldsmobile Alero GLS | 735 ILCS 5/12-1001(c) | $ 4,800.00 | $ 5,500.00 |

Page No. _1_ of _1_

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re _Antonio A. Martinez and Yolanda Chenoweth_ ,          Case No. _____
          **Debtor(s)**                                                          (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Husband/Wife/Joint/Community | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account No. | X | H | 06/15/2007 | | | | $ 314,000.00 | $ 80,867.00 |
| *Creditor # : 1* <br> *Bank of America* <br> *PO Box 15019* <br> *Wilmington DE 19886-5019* | | | *Mortgage* <br><br> *14314 General Court,* <br> *Plainfield, IL 60544* <br><br> Value: *$ 233,133.00* | | | | | |
| Account No. | | | | | | | | |
| *Representing:* <br> *Bank of America* | | | *Codilis & Associates* <br> *15W030 North Frontage Rd* <br> *Suite 100* <br> *Willowbrook IL 60527-5618* <br><br> Value: | | | | | |

_1_  continuation sheets attached

| | | |
|---|---|---|
| Subtotal $ <br> (Total of this page) | $ 314,000.00 | $ 80,867.00 |
| Total $ <br> (Use only on last page) | | |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07)    - Cont.

In re _Antonio A. Martinez and Yolanda Chenoweth_ _____ ,    Case No. _____
                    **Debtor(s)**                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien   H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No. _7925_  Creditor # : 2 *SGB Corporation dba Westamerica Mortgage Co. 1S660 Midwest Road Villa Park IL 60181* | J | *14314 General Court, Plainfield, IL 60544*  Value: *$ 233,133.00* | | | | *$ 42,067.00* | *$ 42,067.00* |
| Account No. _7925_  Representing: SGB Corporation dba Westamerica Mortgage Co. | | *Faslo Solutions 1 First American Way Roanoke TX 76262*  Value: | | | | | |
| Account No. _7925_  Representing: SGB Corporation dba Westamerica Mortgage Co. | | *DTA Solutions PO Box 202166 Dallas TX 75320-2166*  Value: | | | | | |
| Account No. | | Value: | | | | | |
| Account No. | | Value: | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors
Holding Secured Claims

| | | |
|---|---|---|
| **Subtotal $** (Total of this page) | *$ 42,067.00* | *$ 42,067.00* |
| **Total $** (Use only on last page) | *$ 356,067.00* | *$ 122,934.00* |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/10)

In re _Antonio A. Martinez and Yolanda Chenoweth_____,      Case No._____
                    **Debtor(s)**                                                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
    Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

  * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re _Antonio A. Martinez and Yolanda Chenoweth_____ ,      Case No._____
                        **Debtor(s)**                                                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  *5084*<br><br>*Creditor # : 1*<br>*Adventist Bolingbrook Hospital*<br>*Bolingbrook Hospital*<br>*PO Box 9287*<br>*Hinsdale IL 60522-9278* | | *H* | *2009*<br>*Medical Bills* | | | | *$ 75.68* |
| Account No:  *5084*<br><br>*Representing:*<br><br>*Adventist Bolingbrook Hospital* | | | *Merchants Credit Guide Co.*<br>*223 W. Jackson Blvd.*<br>*Chicago IL 60606* | | | | |
| Account No:  *5084*<br><br>*Representing:*<br><br>*Adventist Bolingbrook Hospital* | | | *North American Credit Services*<br>*2810 Walker Road*<br>*Suite 100*<br>*Chattanooga TN 37421* | | | | |

_28_ continuation sheets attached

|  |  |
|---|---|
| Subtotal $ | $ 75.68 |
| Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Antonio A. Martinez and Yolanda Chenoweth_____ ,   Case No._____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   8905 Creditor # : 2 Adventist Health Partners 412 63rd Street Downers Grove IL 60516 | | H | Medical Bills | | | | $ 193.00 |
| Account No.   8905 Representing: Adventist Health Partners | | | Creditors Collection Bureau PO Box 63 Kankakee IL 60901-0063 | | | | |
| Account No.   1900 Creditor # : 3 AT&T PO BOX 8100 Aurora IL 60507 | | J | Phone Bill | | | | $ 1,600.00 |
| Account No.   5248 Creditor # : 4 AT&T Mobiltiy PO Box 6416 Carol Stream IL 60197-6416 | | H | CELL PHONE BILL | | | | $ 1,453.44 |
| Account No.   5248 Representing: AT&T Mobiltiy | | | Bay Area Credit Service 1901 W. 10th St. Antioch CA 94509-1380 | | | | |

Sheet No.   _1_ of   _28_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    | $ 3,246.44
Total $    |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Antonio A. Martinez and Yolanda Chenoweth_____ ,          Case No. _____
                              **Debtor(s)**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.   *6164* <br> *Creditor # : 5* <br> *Bank of America* <br> *PO Box 15220* <br> *Wilmington DE 19886-5220* | W | *Credit Card Purchases* | | | | $ 1,179.82 |
| Account No.   *6164* <br> *Representing:* <br> *Bank of America* | | *NCO Financial* <br> *PO Box 4906* <br> *Trenton NJ 08650* | | | | |
| Account No.   *6164* <br> *Representing:* <br> *Bank of America* | | *ER Solutions* <br> *800 SW 39th St.* <br> *PO Box 9004* <br> *Renton WA 98057* | | | | |
| Account No.   *3920* <br> *Creditor # : 6* <br> *Barclays Bank Of Delaware* <br> *125 South West St* <br> *Wilmington DE 19801* | H | *Credit Card Purchases* <br> *Juniper Credit Card* | | | | $ 1,040.00 |
| Account No.   *3920* <br> *Representing:* <br> *Barclays Bank Of Delaware* | | *Juniper* <br> *Card Services* <br> *PO Box 13337* <br> *Philadelphia PA 19101-3337* | | | | |

Sheet No.  _2_ of  _28_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 2,219.82

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Antonio A. Martinez and Yolanda Chenoweth_____ ,      Case No. _____
         **Debtor(s)**                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   3920 **Representing:** **Barclays Bank Of Delaware** | | | Capital Management Services 726 Exchange St. Suite 700 Buffalo NY 14210 | | | | |
| Account No.   3920 **Representing:** **Barclays Bank Of Delaware** | | | Enhance Recovery Corporation 8014 Bayberry Rd. Jacksonville FL 32256-7412 | | | | |
| Account No.   4900 Creditor # : 7 Berkley Heartlab Inc PO Box 60000 File #31164 San Francisco CA 94160 | | H | 2009 Medical Bills | | | | $ 447.46 |
| Account No.   4900 **Representing:** **Berkley Heartlab Inc** | | | Transworld Systems Inc 1375 E. Woodfield Rd. #110 Schaumburg IL 60173 | | | | |
| Account No.   7614 Creditor # : 8 Capital One PO Box 30285 Salt Lake City UT 84130-0285 | | W | Credit Card | | | | $ 1,295.00 |

Sheet No.  _3_ of  _28_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                     Subtotal $        $ 1,742.46

                                                        Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Antonio A. Martinez and Yolanda Chenoweth_____ ,          Case No._____
               **Debtor(s)**                                                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| **Account No:** *7614* <br> *Representing:* <br><br> *Capital One* | | *Associated Recovery Systems* <br> *Div'n of Arse National Service* <br> *PO Box 469046* <br> *Escondido CA 92046-9046* | | | | |
| **Account No:** *7614* <br> *Representing:* <br><br> *Capital One* | | *Allied Interstate* <br> *3000 Corporate Exchange Dr.* <br> *5th Floor* <br> *Columbus OH 43231* | | | | |
| **Account No:** *7614* <br> *Representing:* <br><br> *Capital One* | | *Credit Control, LLC* <br> *5757 Phantom Dr.* <br> *Ste. 330* <br> *Hazelwood MO 63042* | | | | |
| **Account No:** *9212* <br> *Creditor # : 9* <br> *Capital One* <br> *PO BOX 6492* <br> *Carol Stream IL 60197* | *J* | *9/21/2009* <br> *Credit Card* | | | | *$ 1,076.00* |
| **Account No:** *9212* <br> *Representing:* <br><br> *Capital One* | | *Blatt,Hasenmiller,Leibsker* <br> *125 S Wacker Dr., Ste 400* <br> *Chicago IL 60606* | | | | |

Sheet No. _4_ of _28_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

          **Subtotal $**           **$ 1,076.00**
          **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Antonio A. Martinez and Yolanda Chenoweth_____ ,        Case No. _____
                    **Debtor(s)**                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    **8423** *Creditor # : 10 CAPITAL ONe Bank PO Box 6492 Carol Stream IL 60197* | | W    *Credit Card Debt* | | | | $ 1,609.36 |
| Account No:    **8423** *Representing:* *CAPITAL ONe Bank* | | *Blatt, Hasenmiller, Leibsker 125 S. Wacker Drive Suite 400 Chicago IL 60606* | | | | |
| Account No:    **9253** *Creditor # : 11 Chase PO Box 15153 Wilmington DE 19886-5153* | | H    *Purchases* | | | | $ 1,267.00 |
| Account No:    **9253** *Representing:* *Chase* | | *ARS National Services, Inc. PO Box 463023 Escondido CA 92046-3023* | | | | |
| Account No:    **9253** *Representing:* *Chase* | | *Associated Recovery Systems Div'n of Arse National Service PO Box 469046 Escondido CA 92046-9046* | | | | |

Sheet No.   _5_ of   _28_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 2,876.36
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Antonio A. Martinez and Yolanda Chenoweth_____ ,   Case No. _____
           **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (*See instructions above.*) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> *Creditor # : 12* <br> *Chase Bank* <br> *340 S. Cleveland Ave.* <br> *Bldg 370* <br> *Westerville OH 43081* | | H | *Credit Card Purchases* | | | | $ 10,144.48 |
| Account No: <br> *Representing:* <br> *Chase Bank* | | | *Nelson, Watson & Assoc, LLC* <br> *80 Merrimack St.* <br> *Lower Level* <br> *Haverhill MA 01830* | | | | |
| Account No: *1220* <br> *Creditor # : 13* <br> *CHASE NA* <br> *PO Box 94014* <br> *Palatine IL 60094-4014* | | J | | | | | $ 900.00 |
| Account No: *3735* <br> *Creditor # : 14* <br> *ComCast* <br> *PO Box 3001* <br> *Southeastern PA 19398-3001* | | J | | | | | $ 187.00 |
| Account No: *7674* <br> *Creditor # : 15* <br> *ComEd* <br> *Bill Payment Center* <br> *Chicago IL 60668-0001* | | J | | | | | $ 391.47 |

Sheet No. _6_ of _28_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                   **Subtotal $**     $ 11,622.95

                                                   **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Antonio A. Martinez and Yolanda Chenoweth_____,   Case No._____
                    **Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   7674 *Representing:* ComEd | | | Contract Callers, Inc. PO Box 212489 Augusta GA 30917-2489 | | | | |
| Account No.   1865 Creditor # : 16 Corwin Medical Care PO Box 7001 Bolingbrook IL 60440 | | J | 2009 Medical Bills | | | | $ 131.60 |
| Account No.   1116 Creditor # : 17 Corwin Medical Care PO Box 7001 Bolingbrook IL 60440 | | H | 2009 Medical Bills | | | | $ 1,869.40 |
| Account No.   1116 *Representing:* Corwin Medical Care | | | Merchants Credit Guide Co. 223 W. Jackson Blvd. Chicago IL 60606 | | | | |
| Account No.   0740 Creditor # : 18 Dupage Medical Group 1860 Paysphere Cirlcle Chicago IL 60674 | | J | 2010 Medical Bills | | | | $ 32.34 |

Sheet No.   7  of   28 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 2,033.34

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

Case 13-06041   Doc 1   Filed 02/18/13   Entered 02/18/13 15:44:49   Desc Main
Document   Page 24 of 72

B6F (Official Form 6F) (12/07)   - Cont.

In re _Antonio A. Martinez and Yolanda Chenoweth_____ ,   Case No._____
           **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.    0740 Representing: Dupage Medical Group | | | Miramed Revenue Group Dept 77304 PO Box 77000 Detroit MI 48277-0308 | | | | |
| Account No.    9662 Creditor # : 19 Dupage Valley Anesthesiologist 185 Penny Ave Dundee IL 60118 | | J | 2009 Medical Bills | | | | $ 60.50 |
| Account No.    9662 Representing: Dupage Valley Anesthesiologist | | | Medical Business Bureau, LLC PO Box 1219 Park Ridge IL 60068-7219 | | | | |
| Account No.    3406 Creditor # : 20 Edward Hospital PO Box 4207 Carol Stream IL 60197-4207 | | J | 2009 Medical Bills | | | | $ 417.73 |
| Account No.    3406 Representing: Edward Hospital | | | Merchants Credit Guide Co. 223 W. Jackson Blvd. Chicago IL 60606 | | | | |

Sheet No.   _8_ of   _28_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 478.23

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Antonio A. Martinez and Yolanda Chenoweth_____,   Case No. _____
           **Debtor(s)**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   5100<br><br>Creditor # : 21<br>Family Behavioral Health<br>13246 S Route 59<br>Suite 100<br>Plainfield IL 60544 | | J | 2009<br>Medical Bills | | | | $ 189.72 |
| Account No.   5100<br><br>Representing:<br><br>Family Behavioral Health | | | Medical Collections Specialist<br>PO Box 314<br>Bargersville IN 46106 | | | | |
| Account No.   6265<br><br>Creditor # : 22<br>Future Diagnostics Group<br>254 Republic Ave.<br>Joliet IL 60435 | | J | 2010<br>Medical Bills | | | | $ 138.60 |
| Account No.   0001<br><br>Creditor # : 23<br>Gateway Spine & Pain Physicians<br>215 Remington Blvd.<br>Suite G<br>Bolingbrook IL 60440-3656 | | H | 2009<br>Medical Bills | | | | $ 832.00 |
| Account No.   3361<br><br>Creditor # : 24<br>GE MONEY BANK<br>PO BOX 960061<br>Orlando FL 32896-0061 | | H | Purchases | | | | $ 379.00 |

Sheet No.   9   of   28  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   |   $ 1,539.32

Total $   |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Antonio A. Martinez and Yolanda Chenoweth_____ ,        Case No. _____
                                    **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   3361<br><br>Representing:<br><br>GE MONEY BANK | | | P. Scott Lowery, P.C.<br>4500 Cherry Creek Drive South<br>Suite 700<br>Denver CO 80246 | | | | |
| Account No:   3361<br><br>Representing:<br><br>GE MONEY BANK | | | Midland Credit Management, Inc<br>PO Box 60578<br>Los Angeles CA 90060-0578 | | | | |
| Account No:   1430<br>Creditor # : 25<br>GE MONEY BANK<br>PO BOX 960061<br>Orlando FL 32896-0061 | | H | Purchase | | | | $ 343.00 |
| Account No:   1430<br><br>Representing:<br><br>GE MONEY BANK | | | LTD Financial Services<br>7322 Southwest Freeway<br>Suite 1600<br>Houston TX 77074 | | | | |
| Account No:   1430<br><br>Representing:<br><br>GE MONEY BANK | | | Enhance Recovery Corporation<br>8014 Bayberry Rd.<br>Jacksonville FL 32256-7412 | | | | |

Sheet No. _10_ of _28_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                                              Subtotal $       $ 343.00
                                                                                 Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Antonio A. Martinez and Yolanda Chenoweth_____ ,          Case No. _____
                **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   *1572* <br><br>*Creditor # : 26* <br>*GE MONEY BANK* <br>*PO BOX 960061* <br>*Orlando FL 32896-0061* | | J | *Credit Card Purchases* | | | | $ 179.82 |
| Account No:   *1572* <br><br>*Representing:* <br><br>*GE MONEY BANK* | | | *Northland Group, Inc.* <br>*PO Box 390846* <br>*Minneapolis MN 55439* | | | | |
| Account No:   *1572* <br><br>*Representing:* <br><br>*GE MONEY BANK* | | | *Allied Interstate* <br>*PO Box 6123* <br>*5th Floor* <br>*Des Plaines IL 600197-612* | | | | |
| Account No:   *1572* <br><br>*Representing:* <br><br>*GE MONEY BANK* | | | *Receivables Performance Manage* <br>*20816 44th Ave W* <br>*Lynnwood WA 98036* | | | | |
| Account No:   *1572* <br><br>*Representing:* <br><br>*GE MONEY BANK* | | | *Palisades Collection, LLC* <br>*PO Box 1244* <br>*Englewood Cliffs NJ 07632* | | | | |

Sheet No.  _11_  of  _28_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** | **$ 522.82**

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Antonio A. Martinez and Yolanda Chenoweth_____ ,   Case No._____
          **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   1572 <br><br>*Representing:*<br><br>*GE MONEY BANK* | | | *NCO Financial*<br>*PO Box 4906*<br>*Trenton NJ 08650* | | | | |
| Account No.   1572 <br><br>*Representing:*<br><br>*GE MONEY BANK* | | | *Vision Financial Corp*<br>*PO Box 460260*<br>*Saint Louis MO 63146-7260* | | | | |
| Account No.   5470 <br>*Creditor # : 27*<br>*GE MONEY BANK*<br>*PO BOX 981064*<br>*El Paso TX 79998-1064* | | W | *Credit Card Purchases* | | | | $ 742.19 |
| Account No.   5470 <br><br>*Representing:*<br><br>*GE MONEY BANK* | | | *Midland Credit Management, Inc*<br>*PO Box 60578*<br>*Los Angeles CA 90060-0578* | | | | |
| Account No.   5470 <br><br>*Representing:*<br><br>*GE MONEY BANK* | | | *First National Collection Bure*<br>*610 Waltham Way*<br>*Sparks NV 89434* | | | | |

Sheet No.   _12_ of   _28_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 742.19

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  _Antonio A. Martinez and Yolanda Chenoweth_____ ,        Case No. _____
            **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   2597<br>Creditor # : 28<br>GE MONEY BANK<br>PO BOX 981064<br>El Paso TX 79998-1064 | | J | Purchases | | | | $ 0.00 |
| Account No.   2597<br>Representing:<br>GE MONEY BANK | | | Allied Interstate<br>3000 Corporate Exchange Dr.<br>5th Floor<br>Columbus OH 43231 | | | | |
| Account No.<br>Creditor # : 29<br>Gevalia Kaffee<br>Holmparken Sq.<br>Clifton NJ 07015-6276 | | J | 2008<br>Purchase | | | | $ 33.00 |
| Account No.<br>Representing:<br>Gevalia Kaffee | | | North Shore Agency, Inc.<br>270 Spagnoli Road<br>Suite 111<br>Melville NY 11747 | | | | |
| Account No.   3394<br>Creditor # : 30<br>HSBC<br>PO Box 17313<br>Baltimore MD 21297-1313 | | H | Credit Card Purchases | | | | $ 1,553.85 |

Sheet No.   13  of   28  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                             **Subtotal $**        $ 1,586.85

                                 **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Antonio A. Martinez and Yolanda Chenoweth_____ ,    Case No. _____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.    3394 <br><br> Representing: <br><br> HSBC | | Midland Credit Management, Inc <br> PO Box 60578 <br> Los Angeles CA 90060-0578 | | | | |
| Account No.    3394 <br><br> Representing: <br><br> HSBC | | CCB Credit Services <br> PO Box 272 <br> Springfield IL 62705-0272 | | | | |
| Account No.    3394 <br><br> Representing: <br><br> HSBC | | Enhance Recovery Corporation <br> 8014 Bayberry Rd. <br> Jacksonville FL 32256-7412 | | | | |
| Account No.    5210 <br> Creditor # : 31 <br> HSBC <br> PO Box 17313 <br> Baltimore MD 21297-1313 | H | Credit Card Purchases | | | | $ 740.00 |
| Account No.    5210 <br><br> Representing: <br><br> HSBC | | Enhance Recovery Corporation <br> 8014 Bayberry Rd. <br> Jacksonville FL 32256-7412 | | | | |

Sheet No.  _14_  of  _28_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 740.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Antonio A. Martinez and Yolanda Chenoweth_____ ,      Case No. _____
                        **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No.   5210**<br><br>*Representing:*<br><br>*HSBC* | | | *Midland Credit Management, Inc PO Box 60578 Los Angeles CA 90060-0578* | | | | |
| Account No.   **4224**<br>*Creditor # : 32 HSN Comenity Capital Bank PO Box 659707 San Antonio TX 78265* | | J | *Charge HSN 800-933-2887* | | | | $ 543.96 |
| Account No.<br>*Creditor # : 33 Joseph R. Ziccardi, P.C. 20 N. Clark St. Ste 1100 Chicago IL 60602* | | H | *10/17/2008*<br><br>*Incorrectly filed Memo of Judgement; This is not a debt of debtor; information taken from Will* | | | X | $ 43,585.00 |
| Account No.   **70.1**<br>*Creditor # : 34 Laboratory & Pathology Diagnos Department 4387 Carol Stream IL 60122-0001* | | J | *2009 Medical Bills* | | | | $ 5.30 |
| Account No.<br>*Creditor # : 35 Liberty Grove Homeowners Association 25251 Liberty Grove Blvd. Plainfield IL 60544* | X | J | *2012 Home Owners Association* | | | | $ 2,000.00 |

Sheet No. __15_ of __28_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 46,134.26

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Antonio A. Martinez and Yolanda Chenoweth_____,    Case No. _____
    **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> **Representing:** <br> **Liberty Grove Homeowners Association** | | | **Mr. Charles Keough Keough & Moody, P.C. 1250 E. Diehl Rd., Suite 405 Naperville IL 60563** | | | | |
| Account No: <br> **Creditor # : 36 Marquette Bank 1876 Airport Rd. Romeoville IL 60446** | | J | | | | | $ 1,000.00 |
| Account No:    9953 <br> **Creditor # : 37 Mazda American Credit Dept 194501 PO Box 55000 Detroit MI 48255-1945** | | J | **Deficiency** | | | | $ 8,000.00 |
| Account No:    9953 <br> **Representing:** <br> **Mazda American Credit** | | | **Penncro Associates, Inc. 95 James Way Suite 113 Southampton PA 18966-3847** | | | | |
| Account No:    9953 <br> **Representing:** <br> **Mazda American Credit** | | | **Primary Financial Services 3115 N. 3rd Ave. Suite 112 Phoenix AZ 85013** | | | | |

Sheet No. _16_ of _28_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 9,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Antonio A. Martinez and Yolanda Chenoweth_____ ,     Case No. _____
       **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   9953  Representing:  Mazda American Credit | | | Commercial Recovery Systems 8035 East R.L. Thornton Suite 220 Dallas TX 75357-0909 | | | | |
| Account No.   9953  Representing:  Mazda American Credit | | | Freedman Anselmo et al 1807 West Diehl Road, Ste 333 PO Box 3228 Naperville IL 60566-7228 | | | | |
| Account No.   2176  Creditor # : 38 Midwest Center For Adv Imaging 4355 Montgomery Road Naperville IL 60564 | | W | 2008 Medical Bills | | | | $ 475.09 |
| Account No.   2176  Representing:  Midwest Center For Adv Imaging | | | Berks Credit Collections, Inc. PO Box 329 Temple PA 19560-0329 | | | | |
| Account No.   2087  Creditor # : 39 Millennium Family Dental 13544 S. Route 30 Unit 100 Plainfield IL 60585 | | J | 2010 Dental | | | | $ 112.40 |

Sheet No. _17_ of _28_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $   |   $ 587.49
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Antonio A. Martinez and Yolanda Chenoweth_____ ,      Case No. _____
             **Debtor(s)**                                                                                                        **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   2155<br><br>Creditor # : 40<br>Naperville Dental Care<br>640 S. Washington, #150<br>Naperville IL 60540 | | J | 2010<br>Dental | | | | $ 231.60 |
| Account No:   A447<br><br>Creditor # : 41<br>NICOR GAS<br>1844 FERRY RD<br>Naperville IL 60563 | | J | Credit Card Debt | | | | $ 212.94 |
| Account No:   A447<br><br>Representing:<br><br>NICOR GAS | | | NCO Financial Systems, Inc<br>507 Prudential Rd<br>Horsham PA 19044 | | | | |
| Account No:   7134<br><br>Creditor # : 42<br>Oasis Legal Finance<br>40 N. Skokie Blvd<br>Suite 500<br>Northbrook IL 60062 | | H | 12/17/2009<br>Loan | | | | $ 8,000.00 |
| Account No:   7134<br><br>Representing:<br><br>Oasis Legal Finance | | | Mr. Mark Weissburg<br>Horwitz, Horwitz & Associates<br>25 E. Washington, Suite 900<br>Chicago IL 60602 | | | | |

Sheet No.   18   of   28   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                  **Subtotal $**      $ 8,444.54
                                                   **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Antonio A. Martinez and Yolanda Chenoweth_____,     Case No._____
         **Debtor(s)**                                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 43 <br> Pay Day Loan Store <br> 1261 N. Lake St. <br> Suite K <br> Aurora IL 60506 | | J | 8/16/2012 <br> Loan <br> Small claims Kane County 13 SC 769 | | | | $ 1,907.24 |
| Account No: <br> Representing: <br> Pay Day Loan Store | | | Richard A. Snow <br> Attorney at Law <br> 123 W. Madison St., Suite 310 <br> Chicago IL 60602 | | | | |
| Account No:  3800 <br> Creditor # : 44 <br> Phillip M. Bonelli & Assoc <br> 512 Oak St. <br> Plainfield IL 60544 | | H | 2009 <br> Medical Bills | | | | $ 333.10 |
| Account No:  3800 <br> Representing: <br> Phillip M. Bonelli & Assoc | | | Capital Accounts <br> PO Box 140065 <br> Nashville TN 37214-0065 | | | | |
| Account No:  2891 <br> Creditor # : 45 <br> Plainfield CCSD 202 <br> Business Office <br> 15732 Howard St. <br> Plainfield IL 60544 | | J | 2009 <br> School Fees | | | | $ 88.00 |

Sheet No. _19_ of _28_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 2,328.34

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Antonio A. Martinez and Yolanda Chenoweth_____,   Case No. _____
         **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   2891 *Representing:* Plainfield CCSD 202 | | | Transworld Systems Inc 25 Northwest Point Blvd. #750 Elk Grove Villag IL 60007 | | | | |
| Account No: Creditor # : 46 Plainfield Dental, Ltd 15210 S Route 59 Plainfield IL 60544 | | J | 2009 Dental | | | | $ 28.00 |
| Account No:   01C1 Creditor # : 47 PLS Loan Store 348 Commons Dr Bolingbrook IL 60440 | | J | | | | | $ 1,907.24 |
| Account No:   0637 Creditor # : 48 QC Financial Services 1420 W. Jefferson St. Joliet IL 60435 | | W | 8/29/2012 Loan | | | | $ 1,068.80 |
| Account No:   1711 Creditor # : 49 Quest Diagnostics PO Box 64804 Baltimore MD 21264-4804 | | J | 2009 Medical Bills | | | | $ 2.74 |

Sheet No.   20   of   28   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 3,006.78
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Antonio A. Martinez and Yolanda Chenoweth_____,   Case No. _____
          **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   *1691*<br><br>Creditor # : 50<br>Quest Diagnostics<br>PO Box 64804<br>Baltimore MD 21264-4804 | | J | 2009<br>Medical Bills | | | | $ 63.31 |
| Account No.   *1691*<br><br>Representing:<br><br>Quest Diagnostics | | | Credit Collection Services<br>Payment Processing Center 27<br>PO Box 55126<br>Boston MA 02205-5126 | | | | |
| Account No.   *6265*<br><br>Creditor # : 51<br>Radiology and Nuclear Consultants<br>7808 College Dr 1SE<br>Palos Heights IL 60463-0930 | | H | 2009<br>Medical Bills | | | | $ 10.50 |
| Account No.<br><br>Creditor # : 52<br>Raul E. Villalobos & Associates<br>1620 W. 18th St.<br>Chicago IL 60608 | | J | 2008<br>Attorney Fees | | | | $ 1,478.00 |
| Account No.<br><br>Creditor # : 53<br>Real People Realty<br>7256 Benton Dr.<br>Frankfort IL 60423 | | J | 2009<br>Contract Obligation | | | | $ 300.00 |

Sheet No. _21_ of _28_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   |   $ 1,851.81

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Antonio A. Martinez and Yolanda Chenoweth_____ ,       Case No. _____
                 **Debtor(s)**                                                                   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br><br>*Representing:*<br><br>*Real People Realty* | | | *RMC Corporation*<br>*PO Box 91497*<br>*Mobile AL 36691* | | | | |
| Account No:  *0891*<br>*Creditor # : 54*<br>*Carson Pirie Scott*<br>*PO Box 15521*<br>*Wilmington DE 19850-5521* | | *J* | *Purchases* | | | | $ 0.00 |
| Account No:  *0891*<br>*Representing:*<br><br>*Carson Pirie Scott* | | | *Houston Funding II, LTD*<br>*2220 Fountainview #305*<br>*Houston TX 77057* | | | | |
| Account No:  *5774*<br>*Creditor # : 55*<br>*Rezin Orthopedic & Sport*<br>*1051 W US RTE 6 STE 100*<br>*Morris IL 60450* | | *H* | *2009*<br>*Medical Bills* | | | | $ 55.10 |
| Account No:  *5774*<br>*Representing:*<br><br>*Rezin Orthopedic & Sport* | | | *Midstate Collection Solutions,*<br>*1711 S. Neil, 2nd Floor*<br>*PO Box 3292*<br>*Champaign IL 61826* | | | | |

Sheet No. _22_ of _28_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                               **Subtotal $**       $ 55.10

                                               **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Antonio A. Martinez and Yolanda Chenoweth_____ ,        Case No. _____
             **Debtor(s)**                                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>*Creditor # : 56*<br>*Robert C. Kielian*<br>*33 W. Jackson Blvd*<br>*Suite 201*<br>*Chicago IL 60604-4149* | | J | *2009*<br>*Line of Credit* | | | | $ 50.00 |
| Account No:    *1953*<br><br>*Creditor # : 57*<br>*Rogers LTD*<br>*23909 W. Renwick Rd. 113*<br>*Plainfield IL 60544* | | H | *Medical Bills* | | | | $ 100.00 |
| Account No:    *2033*<br><br>*Creditor # : 58*<br>*Rogers LTD*<br>*23909 W. Renwick Rd. 113*<br>*Plainfield IL 60544* | | J | *2008*<br>*Medical Bills*<br>*Medical treatment for daughter,*<br>*Victoria.* | | | | $ 9.00 |
| Account No:    *1675*<br><br>*Creditor # : 59*<br>*Sanjay Pethcar, MD, SC*<br>*PO Box 9200*<br>*Naperville IL 60567* | | H | *2007*<br>*Medical Bills* | | | | $ 120.47 |
| Account No:    *1675*<br><br>*Representing:*<br><br>*Sanjay Pethcar, MD, SC* | | | *Creditors Discount & Audit*<br>*PO Box 213*<br>*Streator IL 61364-0213* | | | | |

Sheet No. _23_ of _28_ continuation sheets attached to Schedule of                    **Subtotal $** | $ 279.47
Creditors Holding Unsecured Nonpriority Claims                                          **Total $**

(Use only on last page of the completed Schedule F. Report on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Antonio A. Martinez and Yolanda Chenoweth_____ ,      Case No._____
                     **Debtor(s)**                                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   1879<br>*Creditor # : 60*<br>*Suburban Radiologists, SC*<br>*1446 Momentum Place*<br>*Chicago IL 60689-5314* | J | *2010*<br>*Medical Bills* | | | | $ 262.00 |
| Account No:   0790<br>*Creditor # : 61*<br>*Target National Bank-Target*<br>*PO Box 59317*<br>*Minneapolis MN 55459-0317* | J | *Credit Card* | | | | $ 504.38 |
| Account No:   0790<br>*Representing:*<br><br>*Target National Bank-Target* | | *ARS National Services, Inc.*<br>*PO Box 1259*<br>*Oaks PA 19456* | | | | |
| Account No:   1053<br>*Creditor # : 62*<br>*Target National Bank-Target*<br>*c/o payment processing*<br>*PO Box 59231*<br>*Minneapolis MN 55459* | W | *Credit Card* | | | | $ 1,440.78 |
| Account No:   1053<br>*Representing:*<br><br>*Target National Bank-Target* | | *Collection Corp*<br>*PO Box 101928*<br>*Dept 4947A*<br>*Birmingham AL 35210-1928* | | | | |

Sheet No. _24_ of _28_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    | $ 2,207.16
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Antonio A. Martinez and Yolanda Chenoweth_____ ,        Case No._____
            **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  1053 <br> Representing: <br><br> Target National Bank-Target | | | Redline Recovery Services, LLC <br> 6201 Bonhomme Rd. <br> Suite 100S <br> Houston TX 77036-4365 | | | | |
| Account No:  1053 <br> Representing: <br><br> Target National Bank-Target | | | Northland Group, Inc. <br> PO Box 390846 <br> Minneapolis MN 55439 | | | | |
| Account No:  1053 <br> Representing: <br><br> Target National Bank-Target | | | Midland Credit Management, Inc <br> PO Box 60578 <br> Los Angeles CA 90060-0578 | | | | |
| Account No:  3990 <br> Creditor # : 63 <br> Target National Bank-Target <br> PO Box 59317 <br> Minneapolis MN 55459-0317 | J | | Judgement | | | | $ 6,708.00 |
| Account No:  3990 <br> Representing: <br><br> Target National Bank-Target | | | Blatt,Hasenmiller,Leibsker <br> 125 S Wacker Dr., Ste 400 <br> Chicago IL 60606 | | | | |

Sheet No. _25_ of _28_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 6,708.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Antonio A. Martinez and Yolanda Chenoweth_____ ,   Case No. _____
                    **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   2248<br>Creditor # : 64<br>US Bank<br>PO Box 1800.00<br>Saint Paul MN 55101-0800 | | H | 11/16/2007<br>Overdrawn checking account | | | | $ 420.00 |
| Account No.   2248<br>Representing:<br>US Bank | | | Stellar Recovery<br>1327 Hihgway 2 W<br>Suite 100<br>Louisville KY 413 | | | | |
| Account No.   8130<br>Creditor # : 65<br>US Cellular<br>3410 W. Bryn Mawr<br>Suite 700<br>Chicago IL 60631-3486 | | J | Cell Phone | | | | $ 341.25 |
| Account No.   8130<br>Representing:<br>US Cellular | | | Portfolio Recovery Associates<br>PO Box 12914<br>Norfolk VA 23541 | | | | |
| Account No.   0001<br>Creditor # : 66<br>Verizon Wireless<br>26935 Northewester Hwy Ste 100<br>CFS<br>Southfield MI 48033 | | W | 2012<br>CELL PHONE BILL | | | | $ 1,074.79 |

Sheet No. _26_ of _28_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 1,836.04
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Antonio A. Martinez and Yolanda Chenoweth_____ ,        Case No. _____
                    **Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   0001 *Representing:* *Verizon Wireless* | | | *Sunrise Credit Services* *260 Airport Plaza* *PO Box 9100* *Farmingdale NY 11735-9100* | | | | |
| Account No.   2017 *Creditor # : 67* *Washington Mutual* *PO Box 660548* *Dallas TX 75266-0548* | | J | *2008* *Credit Card Purchases* | | | | $ 3,304.42 |
| Account No.   2017 *Representing:* *Washington Mutual* | | | *Midland Funding LLC* *C/O Blatt, Hassenmiller et al* *120 S. Wacker Dr., Suite 400* *Chicago IL 60606-4440* | | | | |
| Account No.   9928 *Creditor # : 68* *Will County Medical Associates* *2100 Glenwood Avenue* *Joliet IL 60435* | | J | *2008* *Medical Bills* | | | | $ 6.88 |
| Account No.   6523 *Creditor # : 69* *Women's Center For Health* *Dept 20-1125* *PO Box 5940* *Carol Stream IL 60197-5940* | | J | *Medical Bills* | | | | $ 175.60 |

Sheet No.   27  of   28  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $            $ 3,486.90

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Antonio A. Martinez and Yolanda Chenoweth_____ ,          Case No. _____
                    **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.  *6523*  *Representing:*  *Women's Center For Health* | | | *MiraMed Revenue Group, LLC Dept 77304 PO Box 77000 Detroit MI 48277-0304* | | | | |
| Account No.: | | | | | | | |
| Account No.: | | | | | | | |
| Account No.: | | | | | | | |
| Account No.: | | | | | | | |

Sheet No.  _28_ of  _28_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | **Subtotal $** | *$ 0.00* |
|---|---|---|
| (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related | **Total $** | *$ 116,428.35* |

B6G (Official Form 6G) (12/07)

In re _Antonio A. Martinez and Yolanda Chenoweth_ _____ / Debtor       Case No. _____
                                                                                              (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

In re _Antonio A. Martinez and Yolanda Chenoweth_ _____ / Debtor   Case No. _____

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _Terry Montano_<br>_14314 General Ct_<br>_Plainfield IL  60544_ | _Bank of America_<br>_PO Box 15019_<br>_Wilmington DE  19886-5019_<br><br>_Liberty Grove Homeowners Association_<br>_25251 Liberty Grove Blvd._<br>_Plainfield IL  60544_ |

B6I (Official Form 6I) (12/07)

In re _Antonio A. Martinez and Yolanda Chenoweth_ ,    Case No. _____
                    **Debtor(s)**                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: _Married_ | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | _daughter_ | _19_ |
| | _son_ | _12_ |
| | _daughter_ | _6_ |
| | _son_ | _5_ |
| | _daughter_ | _3_ |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | _Unemployed_ | _O.B. Tech_ |
| Name of Employer | | _Provena Mercy Medical Center_ |
| How Long Employed | | |
| Address of Employer | | _1325 Highland Ave._<br>_Aurora IL  60505_ |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | | SPOUSE | |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | _0.00_ | $ | _0.00_ |
| 2. Estimate monthly overtime | $ | _0.00_ | $ | _0.00_ |
| 3. SUBTOTAL | $ | _0.00_ | $ | _0.00_ |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | _0.00_ | $ | _0.00_ |
| b. Insurance | $ | _0.00_ | $ | _0.00_ |
| c. Union dues | $ | _0.00_ | $ | _0.00_ |
| d. Other  (Specify): | $ | _0.00_ | $ | _0.00_ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | _0.00_ | $ | _0.00_ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | _0.00_ | $ | _0.00_ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | _0.00_ | $ | _0.00_ |
| 8. Income from real property | $ | _0.00_ | $ | _0.00_ |
| 9. Interest and dividends | $ | _0.00_ | $ | _0.00_ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | _0.00_ | $ | _0.00_ |
| 11. Social security or government assistance | | | | |
| (Specify): _SSI for Jason & food assistanc_ | $ | _0.00_ | $ | _1,561.00_ |
| 12. Pension or retirement income | $ | _0.00_ | $ | _0.00_ |
| 13. Other monthly income | | | | |
| (Specify): | $ | _0.00_ | $ | _0.00_ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | _0.00_ | $ | _1,561.00_ |
| 15. AVERAGE MONTHLY INCOME    (Add amounts shown on lines 6 and 14) | $ | _0.00_ | $ | _1,561.00_ |
| 16. COMBINED AVERAGE MONTHLY INCOME:    (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | $    _1,561.00_ | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re *Antonio A. Martinez and Yolanda Chenoweth*                                    ,          **Case No.** _____
          **Debtor(s)**                                                                                              (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
|     a. Are real estate taxes included?  Yes ☐  No ☒ | | |
|     b. Is property insurance included?  Yes ☐  No ☒ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 134.00 |
|     b. Water and sewer | $ | 90.00 |
|     c. Telephone | $ | 200.00 |
|     d. Other | $ | 0.00 |
|       Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 900.00 |
| 5. Clothing | $ | 250.00 |
| 6. Laundry and dry cleaning | $ | 100.00 |
| 7. Medical and dental expenses | $ | 20.00 |
| 8. Transportation (not including car payments) | $ | 450.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | $ | 0.00 |
|     b. Life | $ | 0.00 |
|     c. Health | $ | 0.00 |
|     d. Auto | $ | 70.00 |
|     e. Other | $ | 0.00 |
|       Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12,  and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | $ | 0.00 |
|     b. Other: | $ | 0.00 |
|     c. Other: | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other: | $ | 0.00 |
|     Other: | $ | 0.00 |
| | | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ | 2,314.00 |
|     and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|     a. Average monthly income from Line 16 of Schedule I | $ | 1,561.00 |
|     b. Average monthly expenses from Line 18 above | $ | 2,314.00 |
|     c. Monthly net income (a. minus b.) | $ | (753.00) |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re *Antonio A. Martinez and Yolanda Chenoweth*

Case No.

Chapter   **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $   *233,133.00* | | |
| B-Personal Property | *Yes* | *3* | $   *6,750.00* | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *2* | | $   *356,067.00* | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *1* | | $   *0.00* | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *29* | | $   *116,428.35* | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $   *1,561.00* |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $   *2,314.00* |
| TOTAL | | *41* | $   *239,883.00* | $   *472,495.35* | |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re *Antonio A. Martinez and Yolanda Chenoweth*　　　　Case No.

Chapter　**7**

_____ / Debtor

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| **Domestic Support Obligations (from Schedule E)** | $ *0.00* |
| **Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E)** | $ *0.00* |
| **Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed)** | $ *0.00* |
| **Student Loan Obligations (from Schedule F)** | $ *0.00* |
| **Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E** | $ *0.00* |
| **Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F)** | $ *0.00* |
| **TOTAL** | $ *0.00* |

State the following:

| | |
|---|---|
| **Average Income (from Schedule I, Line 16)** | $ *1,561.00* |
| **Average Expenses (from Schedule J, Line 18)** | $ *2,314.00* |
| **Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20)** | $ *3,455.38* |

State the following:

| | | |
|---|---|---|
| **1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column** | | $ *122,934.00* |
| **2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column** | $ *0.00* | |
| **3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column** | | $ *0.00* |
| **4. Total from Schedule F** | | $ *116,428.35* |
| **5. Total of non-priority unsecured debt (sum of 1, 3, and 4)** | | $ *239,362.35* |

In re _Antonio A. Martinez and Yolanda Chenoweth_              Case No. _____
               Debtor                                               (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___42___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _2/14/2013_           Signature _/s/ Antonio A. Martinez_
                                          _Antonio A. Martinez_

Date: _2/14/2013_           Signature _/s/ Yolanda Chenoweth_
                                          _Yolanda Chenoweth_

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B 7 (Official Form 7) (12/12)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: *Antonio A. Martinez*                                                    Case No.
   *and*                                                                        _____
   *Yolanda Chenoweth*                                                          (if known)
_____,
                Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None". If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                      SOURCE

*Debtor Year to date: -0-*                  *Unemployed*
*   Last Year: -0-*                         *Unemployed*
*Year before: -0-*                          *Unemployed*


*Spouse Year to date: 956.00*               *Spouse's Employment*
*   Last Year:  26,238.00*                  *Spouse's Employment*
*Year before:  17,132.00*                   *Spouses Unemployment Comp & wages*

---

### 2. Income other than from employment or operation of business

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

None ☒  Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒  b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☒  c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Liberty Grove HOA v Antonio Martinez et al; Will County Illinois case #2012 LM* | *Forcible Entru & Detainer* | *Will County Circuit Clerk, Joliet, IL* | *Pending* |
| *Midland Funding LLC v Antonio Martinez, 2012 SC 4783* | *Collection* | *Will County, Illinois Circuit Court, Joliet, Il* | *Pending* |
| *Bank of America v Terry Montano & Antonio A. Martinez et al, 2011 CH 5987* | *Mortgage Foreclosure* | *Will County Illinois Circuit Court, Joliet, IL* | *Pending* |
| *Capital One v Antonio A. Martinez, 2009 SC 8505* | *Collection* | *Will County Circuit Court, Joliet, IL* | *Pending* |

Statement of Affairs - Page 2

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Target National Bank v Antonio Martinez, 2009 SC 6122* | *Collection* | *Will County Circuit Court, Joliet, IL* | *Pending* |
| *Payday Loan Store v Yolanda Chenworth 13 SC 769* | *Collection* | *Kane County Circuit Court* | *Recently filed return date 3/19/2013 seeking judgment for 1907.24 + costs* |

None ☒   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☒   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☒   a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☒   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☒   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☒   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

## 10. Other transfers

None ☒   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒   b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

## 11. Closed financial accounts

None ☒   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ☒   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None ☒   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None ☒   List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None ☒   If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

## 16. Spouses and Former Spouses

None   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada,
 New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of
the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

None   For the purpose of this question, the following definitions apply:
☒
"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances,
wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the
cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the
debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or
similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable
under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the
☒      governmental unit to which the notice was sent and the date of the notice.

None   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a
☒      party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None   a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all
☒      businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was
self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in
which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of
all businesses     in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the
commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of
all businesses     in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the
commencment of this case.

None   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
☒

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____    Signature    */s/ Antonio A. Martinez*
                                 of Debtor    _____

Date _____    Signature    */s/ Yolanda Chenoweth*
                                 of Joint Debtor _____
                                 (if any)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re *Antonio A. Martinez and Yolanda Chenoweth*

Case No.
Chapter  **7**

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - HUSBAND'S DEBTS

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No.

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *None* | |

Property will be (check one) :

☐ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt    ☐ Not claimed as exempt

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No.

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| *None* | | ☐ Yes    ☐ No |

## Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: _____    Debtor:  */s/ Antonio A. Martinez*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re *Antonio A. Martinez and Yolanda Chenoweth*                    Case No.
                                                                    Chapter  7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - WIFE'S DEBTS

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No.

| Creditor's Name :<br><br>*None* | Describe Property Securing Debt : |
|---|---|

Property will be (check one) :

☐ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt          ☐ Not claimed as exempt

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No.

| Lessor's Name:<br><br>*None* | Describe Leased Property: | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>☐ Yes          ☐ No |
|---|---|---|

## Signature of Debtor(s)

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____          Debtor:  */s/ Yolanda Chenoweth* _____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re *Antonio A. Martinez and Yolanda Chenoweth*

Case No.
Chapter  7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - JOINT DEBTS

**Part A -**  Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No.

| Creditor's Name :  *None* | Describe Property Securing Debt : |
|---|---|

Property will be (check one) :

☐ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt    ☐ Not claimed as exempt

**Part B -**  Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No.

| Lessor's Name:  *None* | Describe Leased Property: | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):  ☐ Yes    ☐ No |
|---|---|---|

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: _____    Debtor: */s/ Antonio A. Martinez*

Date: _____    Joint Debtor: */s/ Yolanda Chenoweth*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re   *Antonio A. Martinez*
          *and*
       *Yolanda Chenoweth*

Case No.
Chapter  7

_____ / Debtor

Attorney for Debtor:   *Robert G. Whitley, Jr.*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ *0.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $ _____ *0.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . $ _____ *0.00*

3.  $ _____ *306.00* _____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
    *Fees are being paid by Hyatt Legal.*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
    *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
    *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
    *None*

Dated:                              Respectfully submitted,

                        X */s/ Robert G. Whitley, Jr.* _____
        Attorney for Petitioner: *Robert G. Whitley, Jr.*
                        *Robert G. Whitley, Jr. P.C.*
                        *15028 S. DesPlaines Street*
                        *Plainfield IL  60544*

                        *815-436-4700*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re *Antonio A. Martinez*
    *and*
    *Yolanda Chenoweth*

Case No.
Chapter  **7**

_____ / Debtor

Attorney for Debtor:  **Robert G. Whitley, Jr.**

## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: _____

*/s/ Antonio A. Martinez* _____
Debtor

*/s/ Yolanda Chenoweth* _____
Joint Debtor

Adventist Bolingbrook Hospital
Bolingbrook Hospital
PO Box 9287
Hinsdale, IL  60522-9278

Adventist Health Partners
412 63rd Street
Downers Grove, IL  60516

Allied Interstate
PO Box 6123
5th Floor
Des Plaines, IL  600197-612

Allied Interstate
3000 Corporate Exchange Dr.
5th Floor
Columbus, OH  43231

ARS National Services, Inc.
PO Box 463023
Escondido, CA  92046-3023

ARS National Services, Inc.
PO Box 1259
Oaks, PA  19456

Associated Recovery Systems
Div'n of Arse National Service
PO Box 469046
Escondido, CA  92046-9046

AT&T
PO BOX 8100
Aurora, IL  60507

AT&T Mobiltiy
PO Box 6416
Carol Stream, IL  60197-6416

Bank of America
PO Box 15019
Wilmington, DE  19886-5019

Bank of America
PO Box 15220
Wilmington, DE  19886-5220

Barclays Bank Of Delaware
125 South West St
Wilmington, DE  19801

Bay Area Credit Service
1901 W. 10th St.
Antioch, CA  94509-1380

Berkley Heartlab Inc
PO Box 60000 File #31164
San Francisco, CA  94160

Berks Credit & Collections, Inc.
PO Box 329
Temple, PA  19560-0329

Blatt, Hasenmiller, Leibsker
125 S. Wacker Drive
Suite 400
Chicago, IL  60606

Blatt,Hasenmiller,Leibsker
125 S Wacker Dr., Ste 400
Chicago, IL  60606

Capital Accounts
PO Box 140065
Nashville, TN  37214-0065

Capital Management Services
726 Exchange St.
Suite 700
Buffalo, NY  14210

Capital One
PO Box 30285
Salt Lake City, UT  84130-0285

Capital One
PO BOX 6492
Carol Stream, IL  60197

CAPITAL ONe Bank
PO Box 6492
Carol Stream, IL  60197

CCB Credit Services
PO Box 272
Springfield, IL  62705-0272

Mr. Charles Keough
Keough & Moody, P.C.
1250 E. Diehl Rd., Suite 405
Naperville, IL  60563

Chase
PO Box 15153
Wilmington, DE  19886-5153

Chase Bank
340 S. Cleveland Ave.
Bldg 370
Westerville, OH  43081

CHASE NA
PO Box 94014
Palatine, IL  60094-4014

Codilis & Associates
15W030 North Frontage Rd
Suite 100
Willowbrook, IL  60527-5618

Collection Agent
PO Box 101928
Dept 4947A
Birmingham, AL  35210-1928

ComCast
PO Box 3001
Southeastern, PA  19398-3001

ComEd
Bill Payment Center
Chicago, IL  60668-0001

Commercial Recovery Systems
8035 East R.L. Thornton
Suite 220
Dallas, TX  75357-0909

Contract Callers, Inc.
PO Box 212489
Augusta, GA  30917-2489

Corwin Medical Care
PO Box 7001
Bolingbrook, IL  60440

Credit Collection Services
Payment Processing Center 27
PO Box 55126
Boston, MA  02205-5126

Credit Control, LLC
5757 Phantom Dr.
Ste. 330
Hazelwood, MO  63042

Creditors Collection Bureau
PO Box 63
Kankakee, IL  60901-0063

Creditors Discount & Audit
PO Box 213
Streator, IL  61364-0213

DTA Solutions
PO Box 202166
Dallas, TX  75320-2166

Dupage Medical Group
1860 Paysphere Cirlcle
Chicago, IL  60674

Dupage Valley Anesthesiologist
185 Penny Ave
Dundee, IL  60118

Edward Hospital
PO Box 4207
Carol Stream, IL  60197-4207

Enhanced Recovery Corporation of
8014 Bayberry Rd.
Jacksonville, FL  32256-7412

ER Solutions
800 SW 39th St.
PO Box 9004
Renton, WA  98057

Family Behavioral Health
13246 S Route 59
Suite 100
Plainfield, IL  60544

Faslo Solutions
1 First American Way
Roanoke, TX  76262

First National Collection Bure
610 Waltham Way
Sparks, NV  89434

Freedman Anselmo et al
1807 West Diehl Road, Ste 333
PO Box 3228
Naperville, IL  60566-7228

Future Diagnostics Group
254 Republic Ave.
Joliet, IL  60435

Gateway Spine & Pain Physicians
215 Remington Blvd.
Suite G
Bolingbrook, IL  60440-3656

GE MONEY BANK
PO BOX 960061
Orlando, FL  32896-0061

GE MONEY BANK
PO BOX 981064
El Paso, TX  79998-1064

Gevalia Kaffee
Holmparken Sq.
Clifton, NJ  07015-6276

Houston Funding II, LTD
2220 Fountainview #305
Houston, TX  77057

HSBC
PO Box 17313
Baltimore, MD  21297-1313

HSN
Comenity Capital Bank
PO Box 659707
San Antonio, TX  78265

Joseph D. Menardi & Assoc.
20 N. Clark St.
Ste 1100
Chicago, IL  60602

Juniper
Card Services
PO Box 13337
Philadelphia, PA  19101-3337

Laboratory & Pathology Diagnos
Department 4387
Carol Stream, IL  60122-0001

Liberty Grove Homeowners Association
25251 Liberty Grove Blvd.
Plainfield, IL  60544

LTD Financial Services
7322 Southwest Freeway
Suite 1600
Houston, TX  77074

Mr. Mark Weissburg
Horwitz, Horwitz & Associates
25 E. Washington, Suite 900
Chicago, IL  60602

Marquette Bank
1876 Airport Rd.
Romeoville, IL  60446

Antonio A. Martinez
14314 General Ct.
Plainfield, IL  60544-2429

Yolanda Chenoweth
14314 General Ct.
Plainfield, IL  60544-2429

Mazda American Credit
Dept 194501
PO Box 55000
Detroit, MI  48255-1945

Medical Business Bureau, LLC
PO Box 1219
Park Ridge, IL  60068-7219

Medical Collections Specialist
PO Box 314
Bargersville, IN  46106

Merchants Credit Guide Co.
223 W. Jackson Blvd.
Chicago, IL  60606

Midland Credit Management, Inc
PO Box 60578
Los Angeles, CA  90060-0578

Midland Funding LLC
C/O Blatt, Hassenmiller et al
120 S. Wacker Dr., Suite 400
Chicago, IL  60606-4440

Midstate Collection Solutions,
1711 S. Neil, 2nd Floor
PO Box 3292
Champaign, IL  61826

Midwest Center For Adv Imaging
4355 Montgomery Road
Naperville, IL  60564

Millennium Family Dental
13544 S. Route 30
Unit 100
Plainfield, IL  60585

Miramed Revenue Group
Dept 77304
PO Box 77000
Detroit, MI  48277-0308

MiraMed Revenue Group, LLC
Dept 77304
PO Box 77000
Detroit, MI  48277-0304

Naperville Dental Care
640 S. Washington, #150
Naperville, IL  60540

NCO Financial
PO Box 4906
Trenton, NJ  08650

NCO Financial Systems, Inc
507 Prudential Rd
Horsham, PA  19044

Nelson, Watson & Assoc, LLC
80 Merrimack St.
Lower Level
Haverhill, MA  01830

NICOR GAS
1844 FERRY RD
Naperville, IL  60563

North American Credit Services
2810 Walker Road
Suite 100
Chattanooga, TN  37421

North Shore Agency, Inc.
270 Spagnoli Road
Suite 111
Melville, NY  11747

Northland Group, Inc.
PO Box 390846
Minneapolis, MN  55439

Oasis Legal Finance
40 N. Skokie Blvd
Suite 500
Northbrook, IL  60062

P. Scott Lowery, P.C.
4500 Cherry Creek Drive South
Suite 700
Denver, CO  80246

Palisades Collection, LLC
PO Box 1244
Englewood Cliffs, NJ  07632

Pay Day Loan Store
1261 N. Lake St.
Suite K
Aurora, IL  60506

Penncro Associates, Inc.
95 James Way
Suite 113
Southampton, PA  18966-3847

Phillip M. Bonelli & Assoc
512 Oak St.
Plainfield, IL  60544

Plainfield CCSD 202
Business Office
15732 Howard St.
Plainfield, IL  60544

Plainfield Dental, Ltd
15210 S Route 59
Plainfield, IL  60544

PLS Loan Store
348 Commons Dr
Bolingbrook, IL  60440

Portfolio Recovery Associates
PO Box 12914
Norfolk, VA  23541

Primary Financial Services
3115 N. 3rd Ave.
Suite 112
Phoenix, AZ  85013

QC Financial Services
1420 W. Jefferson St.
Joliet, IL  60435

Quest Diagnostics
PO Box 64804
Baltimore, MD  21264-4804

Radiology and Nuclear Consultants
7808 College Dr 1SE
Palos Heights, IL  60463-0930

Raul E. Villalobos & Associates
1620 W. 18th St.
Chicago, IL  60608

Real People Realty
7256 Benton Dr.
Frankfort, IL  60423

Receivables Performance Manage
20816 44th Ave W
Lynnwood, WA  98036

Redline Recovery Services, LLC
6201 Bonhomme Rd.
Suite 100S
Houston, TX  77036-4365

Carson Pirie Scott
PO Box 15521
Wilmington, DE  19850-5521

Rezin Orthopedic & Sport
1051 W US RTE 6 STE 100
Morris, IL  60450

Richard A. Snow
Attorney at Law
123 W. Madison St., Suite 310
Chicago, IL  60602

RMC Corporation
PO Box 91497
Mobile, AL  36691

Robert C. Kielian
33 W. Jackson Blvd
Suite 201
Chicago, IL  60604-4149

Robert G. Whitley, Jr.
15028 S. DesPlaines Street
Plainfield, IL  60544

Rogers LTD
23909 W. Renwick Rd. 113
Plainfield, IL  60544

Sanjay Pethcar, MD, SC
PO Box 9200
Naperville, IL  60567

SGB Corporation dba Westamerica Mortgage
1S660 Midwest Road
Villa Park, IL  60181

Stella Security
1327 Hihgway 2 W
Suite 100
Louisville, KY  413

Suburban Radiologists, SC
1446 Momentum Place
Chicago, IL  60689-5314

Sunrise Credit Services
260 Airport Plaza
PO Box 9100
Farmingdale, NY  11735-9100

Target National Bank-Target
PO Box 59317
Minneapolis, MN  55459-0317

Target National Bank-Target
c/o payment processing
PO Box 59231
Minneapolis, MN  55459

Terry Montano
14314 General Ct
Plainfield, IL  60544

Transworld Systems Inc
1375 E. Woodfield Rd.
#110
Schaumburg, IL  60173

Transworld Systems Inc
25 Northwest Point Blvd.
#750
Elk Grove Villag, IL  60007

US Bank
PO Box 1800.00
Saint Paul, MN  55101-0800

US Cellular
3410 W. Bryn Mawr
Suite 700
Chicago, IL  60631-3486

Verizon Wireless
26935 Northewester Hwy Ste 100
CFS
Southfield, MI  48033

Vision Financial Corp
PO Box 460260
Saint Louis, MO  63146-7260

Washington Mutual
PO Box 660548
Dallas, TX  75266-0548

Will County Medical Associates
2100 Glenwood Avenue
Joliet, IL  60435

Women's Center For Health
Dept 20-1125
PO Box 5940
Carol Stream, IL  60197-5940